

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Avalon Residential Care Homes, Inc., | * * * | Civil Action No. 3:99-CV-99-2141-P |
| plaintiff, | * * | |
| v. | * * | |
| The City of Dallas, | * * | |
| defendant. | * * | |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 13 2000
CLERK, U.S. DISTRICT COURT
By _____ Deputy**

**ENTERED ON DOCKET
SEP 13 2000
U.S. DISTRICT CLERK'S OFFICE**

AGREED ORDER GRANTING
PLAINTIFF'S MOTION FOR A FIVE DAY EXTENSION

Plaintiff's motion for a five day extension of time for the parties to file their oppositions to the pending motions for summary judgment is granted. Both parties filed motions for summary judgment or partial summary judgment on August 24, 2000. The current deadline for responses is Wednesday, September 13, 2000. The deadline is extended to Monday, September 18, 2000.

9-13-00
Date

JORGE A. SOLIS, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1                                                   MSJ EXTENSION ORD.DOC

AGREED TO:

                                MICHAEL M. DANIEL, P.C.
                                3301 Elm Street
                                Dallas, Texas 75226-1637
                                214-939-9230
                                214-939-9222 fax

By: _____
                            Michael M. Daniel
                            State Bar No. 05360500
                            Laura B. Beshara
                            State Bar No. 02261750

                                Robert M. Greenberg
Legal Services P.C. Robert M. Greenberg, Attorney
                                State Bar No. 0389000
                        1201 N. Watson Road, Suite 117
                            Arlington, Texas 76006
                          1-817-633-3355 (telephone)
                            metro 817-695-1612 (fax)

                              Attorneys for plaintiffs

                    CITY ATTORNEY OF THE CITY OF DALLAS

By: _____
                            CHRISTOPHER D. BOWERS
                      State Bar of Texas N. 02731300
                          Assistant City Attorney
                      Office of the City Attorney
                          7BN Dallas City Hall
                          1500 Marilla Street
                          Dallas, Texas, 75201
                       Telephone - (214) 670-3510
                      Telecopier - (214) 670-0622
                        ATTORNEY FOR DEFENDANT
                              CITY OF DALLAS

AGREED TO:

        MICHAEL M. DANIEL, P.C.
        3301 Elm Street
        Dallas, Texas 75226-1637
        214-939-9230
        214-939-9222 fax

By: /s/ Michael M. Daniel
    Michael M. Daniel
    State Bar No. 05360500
    Laura B. Beshara
    State Bar No. 02261750

Robert M. Greenberg
Legal Services P.C. Robert M. Greenberg, Attorney
State Bar No. 0389000
1201 N. Watson Road, Suite 117
Arlington, Texas 76006
1-817-633-3355 (telephone)
metro 817-695-1612 (fax)

Attorneys for plaintiffs

CITY ATTORNEY OF THE CITY OF DALLAS

By: /s/ Chris Bowers
    CHRISTOPHER D. BOWERS
    State Bar of Texas N. 02731300
    Assistant City Attorney
    Office of the City Attorney
    7BN Dallas City Hall
    1500 Marilla Street
    Dallas, Texas, 75201
    Telephone - (214) 670-3510
    Telecopier - (214) 670-0622
    ATTORNEY FOR DEFENDANT
    CITY OF DALLAS