ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
     FILED
   OCT 3 0 2000
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

| | | |
|---|---|---|
| AVALON RESIDENTIAL CARE HOMES, INC., <br> Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:99-CV-2141-P |
| CITY OF DALLAS, <br> Defendant. | § § § | |

## AGREED ORDER RESCHEDULING PRETRIAL CONFERENCE

CAME ON to before this Court the City's Motion to Reschedule Pretrial Conference. The Court is of the opinion that the motion is well-taken. It is therefore

ORDERED that the pretrial conference currently scheduled for November 3, 2000, at 11:00 a.m., is rescheduled for November 8, 2000 at 3:15 p. m.

ORDERED this 27th day of October, 2000.

_____
JORGE A. SOLIS, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

```
ENTERED ON DOCKET
   OCT 3 0 2000
U S DISTRICT CLERK'S OFFICE
```

AGREED ORDER - PAGE 1

AGREED:

CITY ATTORNEY OF THE CITY OF DALLAS

By: *[signature: Chris Bowers]*
CHRISTOPHER D. BOWERS
State Bar of Texas No. 02731300
Assistant City Attorney
7BN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone - (214) 670-3510
Telecopier - (214) 670-0622

ATTORNEYS FOR DEFENDANT
CITY OF DALLAS

MICHAEL M. DANIEL, P.C.

By: *[signature: Michael M. Daniel]*
Michael M. Daniel
State Bar of Texas No. 05360500
Laura B. Beshara
State Bar of Texas No. 02261750
3301 Elm Street
Dallas, Texas 75226-1637
Telephone - (214) 939-9230
Telecopier - (214) 939-9229

ATTORNEYS FOR PLAINTIFF
AVALON RESIDENTIAL CARE HOMES, INC.

AGREED ORDER - PAGE 2

PAGE: 4

OCT-25-2000 WED 05:21PM ID:LAW OFFICES
PAGE 01
LAW OFFICES
2149399229
10/25/2000 18:14